**Alan W. JONES and Kathryn Marie Jones, Plaintiffs–Appellants,**

v.

**DALLAS NEUROLOGICAL AND SPINE ASSOCIATES PA; et al., Defendants–Appellees.**

No. 13–15488.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 9, 2015.*

Filed Nov. 18, 2015.

Alan W. Jones, Scottsdale, AZ, pro se.

Kathryn Marie Jones, Scottsdale, AZ, pro se.

Jonathan Barnes, Jr., Jones, Skelton & Hochuli, P.L.C., Phoenix, AZ, Diana L. Faust, David E. Olesky, Cory Matthew Sutker, Esquire, Cooper & Scully, P.C., Dallas, TX, Lisa Marie Baird, Reed Smith LLP, Michael Kevin Brown, Los Angeles, CA, for Defendants–Appellees.

Before: CLIFTON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Kathryn and Alan Jones appeal the district court's dismissal of their declaratory judgment action seeking a tolling of the statute of limitations for a medical malpractice claim they plan to bring. The Joneses have not presented a justiciable

case or controversy. *See Calderon v. Ashmus,* 523 U.S. 740, 747, 118 S.Ct. 1694, 140 L.Ed.2d 970 (1998). It is not clear whether the Joneses will ever bring a medical malpractice claim, or if they do, whether the defendants will raise the statute of limitations as a defense. Until that time, we lack jurisdiction over the claim.

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.